-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RAYMOND GONZALEZ, 99A1878,

        Plaintiff,

  -v-

DR. LESTER WRIGHT, DR. HEMAN FOWLER,
F.H.S.D. MARIJON HOPKINS,
CAPTAIN STEPHEN WENDERLICH,
SGT. ERNEST J. STINE, SGT. JACK SMITH,
SGT. JEFFREY GRAY, SGT. JAMES MEEHAN,
C.O. ROBERT SCHEEPSMA,
C.O. TERRY MARGEIT,
C.O. PAUL STEINHILPER,
C.O. TIMOTHY BURNS, C.O. M. PERFETTI,
C.O. GREG CHORNEY, C.O. W. STOWELL,
NURSE F. FULLER, NURSE J. BRINK, and
NURSE K. NORGREN,

        Defendants.

05-CV-6472CJS(Fe)

MEMORANDUM and ORDER

---

Plaintiff, who is incarcerated in the Elmira Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the

named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

SO ORDERED.

DATED:   Buffalo, New York
         October 19, 2005

_____
JOHN T. ELFVIN
UNITED STATES DISTRICT JUDGE